# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| LOUIS OLANIPEKUN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:18-cv-00978-O-BP |
| JP MORGAN CHASE BANK, N.A., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 25. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**. Plaintiff's claims are **DISMISSED without prejudice**. The Magistrate allowed Plaintiff a fourteen-day period to file an amended complaint. Plaintiff has not done so. If Plaintiff does not file an amended complaint **on or before August 2, 2019**, Plaintiff's claims will be dismissed with prejudice.

**SO ORDERED** on this **26th day** of **July, 2019**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE